No. 886, Misc. CHASE *v.* ROBBINS, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 887, Misc. HACKETT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 890, Misc. CASTRO *v.* UNITED STATES. Sup. Ct. Cal. Certiorari denied.

No. 898, Misc. McINTOSH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 971, Misc. BAKER *v.* ILLINOIS. Cir. Ct. Ill., Marion County. Certiorari denied.

No. 910, Misc. SHORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. 

No. 940, Misc. LEWIS *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 977, Misc. .ANDREWS *v.* SMITH ET AL. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner. *William W. Peterson* and *Russell E. Smith* for respondents. 

No. 958, Misc. COOPER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 997, Misc. WELLMAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.